United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD C. BELL, | No. C 12-05617 SBA (PR) |
|     Petitioner, | **JUDGMENT** |
| v. | |
| GARY SWARTHOUT, Warden, | |
|     Respondent. | |

Pursuant to the dismissal order signed today, this action is DISMISSED as successive pursuant to 28 U.S.C. § 2244(b).

IT IS SO ORDERED.

DATED: 9/30/2013

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\HC.12\Bell5617.jud.wpd