IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD C. BELL,<br><br>    Petitioner,<br><br>v.<br><br>GARY SWARTHOUT, Warden,<br><br>    Respondent. | No. C 12-05617 SBA (PR)<br><br>**JUDGMENT** |

Pursuant to the dismissal order signed today, this action is DISMISSED as successive pursuant to 28 U.S.C. § 2244(b).

IT IS SO ORDERED.

DATED: 9/30/2013

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\HC.12\Bell5617.jud.wpd